NO. 07-05-0149-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



APRIL 27, 2005


______________________________



THE FEED STORE, INC., d/b/a CHAD and PATRICIA LANGSTON, et al.,



 Appellants


V.



SYSCO FOOD SERVICES OF HOUSTON, INC.,



 Appellee

_________________________________



FROM THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY;



NO. 823,840; HON. GARY MICHAEL BLOCK, PRESIDING


_______________________________



MEMORANDUM OPINION


_______________________________



Before QUINN, REAVIS and CAMPBELL, JJ.

 Appellants The Feed Store, Inc., d/b/a Chad and Patricia Langston, et al. filed a
notice of appeal on February 22, 2005. However, they did not pay the $125 filing fee
required from appellants under Texas Rule of Appellate Procedure 5. Nor did they file an
affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court
dated April 15, 2005, we informed appellants that "the filing fee has not been paid in the 
captioned appeal. Unless the filing fee in the amount of $125.00 is paid by Monday, April
25, 2005, this appeal will be subject to dismissal." Tex. R. App. P. 42.3(c); see Holt v. F.
F. Enterprises, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd). The deadline lapsed,
and the fee was not received. 

 Because appellants have failed to pay the requisite filing fee as directed by the court,
we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

 

 Per Curiam

 

 



9-E, 54,034-E, 54,569-E, 54,570-E, 54,571-E, 54,863-E, 55,917-E;
HON. ABE LOPEZ, PRESIDING
_______________________________

ORDER OF DISMISSAL
_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
          Appellant, John Paul Ortega, Jr., appeals his convictions for possession of a
controlled substance, cruelty to animals, aggravated assault against a public servant (2),
robbery, aggravated assault with a deadly weapon and sexual assault of a child. The
certification of right to appeal in each case executed by the trial court states that this “is a
plea bargain case and the defendant has no right of appeal.” This circumstance was
brought to the attention of appellant, who is acting pro se, and opportunity was granted him
to obtain an amended certification entitling appellant to appeal each case. No such
certification was received within the time we allotted. However, appellant filed a motion
requesting that counsel be appointed. Having received no amended certification, we
dismiss the appeals per Texas Rule of Appellate Procedure 25.2(d). Accordingly,
appellant’s motion for appointed counsel is denied as moot.
          
                                                                                      Per Curiam

Do not publish.